1  Milord A. Keshishian, SBN 197835
   milord@milordlaw.com
2  John Jahrmarkt, SBN 175569
   john@milordlaw.com
3  MILORD & ASSOCIATES, P.C.
   2029 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Tel (310) 226-7878
5  Fax (310) 226-7879
   Attorneys for Plaintiff
6  EL CENTRO FOODS, INC.

7

8                 UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 EL CENTRO FOODS, INC., a          )  **Case No.: CV 09-04106 MEJ**
12 California Corporation,           )
                                     )  **STIPULATION TO EXTEND TIME**
13                                   )  **TO RESPOND TO COMPLAINT**
                                     )  **AND [PROPOSED] ORDER**
14              Plaintiff,           )  **THEREON**
                                     )
15                                   )
      vs.                            )
16                                   )
                                     )
17                                   )
18 FOOD ALL THE TIME, INC., dba Mr. )
   Pizza Man, VICTOR M. PEREZ, an   )
19 individual, RAYMOND KLEIN, an    )
   individual and DOES 1-10,        )
20                                   )
                                     )
21              Defendants.         )
22

23

24

25      WHEREAS Plaintiff El Centro Foods, Inc. filed a complaint alleging trademark infringement

26 and five other causes of action against Defendants Food All The Time, Inc. dba Mr. Pizza Man, Victor

27 Perez, Raymond Klein, and DOES 1-10, on September 3, 2009; and

28

STIPULATION – EXTENSION TO RESPOND TO COMPLAINT - Case No. CV 09-04106 MEJ

1    WHEREAS El Centro Foods, Inc. requests the Court to extend the date by which Defendants

2   Food All The Time, Inc. dba Mr. Pizza Man, Victor Perez, and Raymond Klein must respond to the

3   complaint to enable the parties to explore the opportunity for an early settlement of this case; and

4        WHEREAS the parties continue to engage in good faith efforts to reach an amicable resolution

5   of this dispute,

6        THEREFORE El Centro Foods, Inc., Food All The Time, Inc. dba Mr. Pizza Man, Victor Perez,

7   and Raymond Klein, by and through their respective attorneys, hereby stipulate, subject to the approval

8   of the Court, to extend the date by which Defendants Food All The Time, Inc. dba Mr. Pizza Man,

9   Victor Perez, and Raymond Klein must respond to this complaint to November 30, 2009.

10

Dated:  November 3, 2009

11

12

Milord A. Keshishian, Esq.                      John V. Mejia, Esq.
13  MILORD & ASSOCIATES, P.C.                       INTELLECTUAL PROPERTY LAW GROUP LLP
*Attorneys for Plaintiff*                        *Attorneys for Defendants*
14  2029 Century Park East, Suite 2100              Old Bank of America Building
Los Angeles, CA 90067                           12 South First Street, 12th floor
15  Telephone:  (310) 226-7878                      San Jose, CA 95113
Telephone:  (408) 286-8933
16  Fax:  (310) 226-7879                            Fax:  (408) 286-8932
17  E-Mail:  milord@milordlaw.com                   E-Mail: jmejia@iplg.com

18

19

20

21

22

So Ordered:
23          On

24

25

26

27

28



-2-
STIPULATION – EXTENSION TO RESPOND TO COMPLAINT - Case No. **CV 09-04106 MEJ**

MILORD & ASSOCIATES, PC
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 226-7878