Milord A. Keshishian, SBN 197835
milord@milordlaw.com
John Jahrmarkt, SBN 175569
john@milordlaw.com
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Suite 2100
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879
Attorneys for Plaintiff
EL CENTRO FOODS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10,<br><br>Defendants. | Case No.: CV 09-04106 MEJ<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER THEREON** |

WHEREAS Plaintiff El Centro Foods, Inc. filed a complaint alleging trademark infringement and five other causes of action against Defendants Food All The Time, Inc. dba Mr. Pizza Man, Victor Perez, Raymond Klein, and DOES 1-10 (collectively "Defendants"), on September 3, 2009; and

WHEREAS, the parties stipulated to and the Court granted an extension of the date by which Defendants must respond to the complaint to November 30, 2009;

WHEREAS El Centro Foods, Inc. requests the Court to extend the date by which Defendants must respond to the complaint to enable the parties to explore the opportunity for an early settlement of this case; and

WHEREAS the parties continue to engage in good faith efforts to reach an amicable resolution of this dispute and in the interest of expeditiously resolving their disputes and not to unnecessarily cause delay with the Court;

THEREFORE El Centro Foods, Inc., Food All The Time, Inc. dba Mr. Pizza Man, Victor Perez, and Raymond Klein, by and through their respective attorneys, hereby stipulate, subject to the approval of the Court, to extend the date by which Defendants must respond to this complaint to December 31, 2009.

Dated: November 25, 2009

Milord A. Keshishian, Esq.
MILORD & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 226-7878
Fax: (310) 226-7879
E-Mail: milord@milordlaw.com

John V. Mejia, Esq.
INTELLECTUAL PROPERTY LAW GROUP LLP
*Attorneys for Defendants*
Old Bank of America Building
12 South First Street, 12th floor
San Jose, CA 95113
Telephone: (408) 286-8933
Fax: (408) 286-8932
E-Mail: jmejia@iplg.com

The parties' stipulation is granted. The CMC is CONTINUED to February 11, 2010 at 10:00 a.m., and all related deadlines are continued accordingly.

So Ordered: _____
United States Magistrate Judge