Milord A. Keshishian, SBN 197835
milord@milordlaw.com
John Jahrmarkt, SBN 175569
john@milordlaw.com
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Suite 2100
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879
Attorneys for Plaintiff
EL CENTRO FOODS, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10,<br><br>Defendants. | Case No.: CV 09-04106 MEJ<br><br>**FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

WHEREAS Plaintiff El Centro Foods, Inc. filed a complaint alleging trademark infringement and five other causes of action against Defendants Food All The Time, Inc. dba Mr. Pizza Man, Victor Perez, Raymond Klein, and DOES 1-10 (collectively "Defendants"), on September 3, 2009; and

-1-
STIPULATION – EXTENSION TO RESPOND TO COMPLAINT - Case No. **CV 09-04106 MEJ**

WHEREAS, the parties stipulated to and the Court granted extensions of the date by which Defendants must respond to the complaint, most recently to January 30, 2010;

WHEREAS, the Court continued the Case Management Conference to February 11, 2010, at 10:00 a.m.

WHEREAS, the parties continue to engage in good faith discussions to possibly resolve this matter prior to the need for a response by Defendant and in the interest of expeditiously resolving their disputes and not to unnecessarily cause delay with the Court, El Centro Foods, Inc. requests the Court to extend the date by which Defendants must respond to the complaint and to continue the Case Management Conference;

THEREFORE El Centro Foods, Inc., Food All The Time, Inc. dba Mr. Pizza Man, Victor Perez, and Raymond Klein, by and through their respective attorneys, hereby stipulate, subject to the approval of the Court, to extend the date by which Defendants must respond to this complaint to March 2, 2010 and continue the Case Management Conference to March 18, 2010. All related deadlines are adjusted accordingly.

Dated: February 5, 2010

/s/ Milord A. Keshishian
Milord A. Keshishian, Esq.
MILORD & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 226-7878
Fax: (310) 226-7879
E-Mail: milord@milordlaw.com

/s/ John V. Mejia
John V. Mejia, Esq.
INTELLECTUAL PROPERTY LAW GROUP LLP
*Attorneys for Defendants*
Old Bank of America Building
12 South First Street, 12th floor
San Jose, CA 95113
Telephone: (408) 286-8933
Fax: (408) 286-8932
E-Mail: jmejia@iplg.com

So Ordered: _____
United States Magistrate Judge

Dated: February 8, 2010