Milord A. Keshishian, SBN 197835
milord@milordlaw.com
John Jahrmarkt, SBN 175569
john@milordlaw.com
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Suite 2100
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879

Attorneys for Plaintiff
EL CENTRO FOODS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10,<br><br>Defendants. | Case No.: CV 09-04106 MEJ<br><br>**STIPULATION TO EXTEND TIME TO SUBMIT DISCOVERY PLAN, RESPOND TO THE FIRST AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE; AND ~~(PROPOSED)~~ ORDER** |

1  WHEREAS Plaintiff El Centro Foods, Inc. filed a complaint alleging trademark
2  infringement and five other causes of action against Defendants Food All The Time, Inc.
3  dba Mr. Pizza Man, Victor Perez, Raymond Klein, and DOES 1-10, on September 3,
4  2009; and

6  WHEREAS the parties stipulated to and the Court granted extensions of the date
7  by which Defendants must respond to the complaint, most recently to March 2, 2010;

9  WHEREAS Plaintiff El Centro Foods, Inc. intends to file a First Amended
10 Complaint on March 12, 2010; and

12 WHEREAS the parties continue to engage in good faith discussions to possibly
13 resolve this matter prior to the need for a response by Defendants and in the interest of
14 expeditiously resolving their disputes and not to unnecessarily cause delay with the
15 Court, the Parties request the Court to extend the date by which the Parties must submit a
16 discovery plan, to extend the date by which Defendants must respond to the First
17 Amended Complaint and to continue the Case Management Conference that is currently
18 scheduled for March 18, 2010;

20 THEREFORE El Centro Foods, Inc., Food All The Time, Inc. dba Mr. Pizza Man,
21 Victor Perez, and Raymond Klein, by and through their respective attorneys, hereby
22 stipulate, subject to the approval of the Court, to extend the date by which Plaintiffs El
23 Centro Foods, Inc. and Defendants Food All The Time, Inc. dba Mr. Pizza Man, Victor
24 Perez, and Raymond Klein must submit a discovery plan per the Court's order, to extend
25 the date by which Defendants Food All The Time, Inc. dba Mr. Pizza Man, Victor Perez,
26 ///
27 ///
28 ///

**STIPULATION TO EXTEND TIME TO SUBMIT DISCOVERY PLAN, RESPOND TO THE FIRST AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE; AND (PROPOSED) ORDER** - Case No. **CV 09-04106 MEJ**

and Raymond Klein must respond to the First Amended Complaint, and continue the Case Management Conference.

Dated: March 12, 2010

| | |
|---|---|
| Milord A. Keshishian, Esq. | John V. Mejia, Esq. |
| MILORD & ASSOCIATES, P.C. | INTELLECTUAL PROPERTY LAW GROUP LLP |
| **Attorneys for Plaintiff** | **Attorneys for Defendants** |
| 2029 Century Park East, Suite 2100 | Old Bank of America Building |
| Los Angeles, CA 90067 | 12 South First Street, 12th floor |
| Telephone: (310) 226-7878 | San Jose, CA 95113 |
| Fax: (310) 226-7879 | Telephone: (408) 286-8933 |
| E-Mail: milord@milordlaw.com | Fax: (408) 286-8932 |
| | E-Mail: jmejia@iplg.com |

The CMC is CONTINUED to May 27, 2010. All related deadlines are continued accordingly.

So Ordered: _____
Judge Maria Elena James

Dated: March 15, 2010

-3-
STIPULATION TO EXTEND TIME TO SUBMIT DISCOVERY PLAN, RESPOND TO THE FIRST AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE; AND (PROPOSED) ORDER - Case No. CV 09-04106 MEJ