UNITED STATES DISTRICT COURT

Northern District of California

EL CENTRO FOODS,

                Plaintiff(s),

   v.

FOOD ALL THE TIME,

                Defendant(s).
_____/

No. C 09-04106 MEJ

**ORDER VACATING CMC**

**ORDER RE: STATUS**

The Court is in receipt of Plaintiff's Case Management Statement, filed May 20, 2010. Upon review of Plaintiff' statement, the Court ORDERS as follows:

1)   The May 27, 2010 Case Management Conference is VACATED;

2)   Plaintiff shall serve its amended complaint and file proof of service by June 17, 2010;

3)   Defendants shall file any response by July 8, 2010; and

4)   The Court shall conduct a case management conference on July 29, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

If Defendants fail to respond to the amended complaint by July 8, Plaintiff shall file a request for the Clerk of Court to enter default by July 19, 2010, and, if the Clerk enters default, shall then file a motion for default judgment by August 5, 2010.

**Plaintiff shall serve this Order upon Defendants.**

**IT IS SO ORDERED.**

Dated: May 21, 2010

                                            _____
                                            Maria-Elena James
                                            Chief United States Magistrate Judge