Milord A. Keshishian, SBN 197835
milord@milordlaw.com
John Jahrmarkt, SBN 175569
john@milordlaw.com
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Suite 2100
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879
Attorneys for Plaintiff
EL CENTRO FOODS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation, | Case No.: CV 09-04106 MEJ |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS AND [PROPOSED] ORDER THEREON** |
| vs. | |
| FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10, | |
| Defendants. | |
| RAYMOND KLEIN, an individual, and VICTOR REREZ, an individual | |
| Counter Claimants | |
| vs. | |
| EL CENTRO FOODS, INC., a California Corporation, | |
| Counter Defendant. | |

-1-

STIPULATION – EXTENSION TO RESPOND TO COUNTERCLAIM - Case No. **CV 09-04106 MEJ**

1  WHEREAS Defendants Victor Perez, and Raymond Klein filed a counterclaim alleging
2  trademark infringement and seventeen other causes of action against Plaintiff El Centro Foods, Inc. on
3  July 8, 2010; and
4  WHEREAS Defendants Victor Perez, and Raymond Klein request the Court to extend the date
5  by which Plaintiff El Centro Foods, Inc. must respond to the counterclaim to enable the parties to
6  explore the opportunity for an early settlement of this case; and
7  WHEREAS the parties continue to engage in good faith efforts to reach an amicable resolution
8  of this dispute,
9  THEREFORE Victor Perez, Raymond Klein, and El Centro Foods, Inc., by and through their
10 respective attorneys, hereby stipulate, subject to the approval of the Court, to extend the date by which
11 Plaintiff El Centro Foods, Inc. must respond to the counterclaim to August 12, 2010.

Dated: July 29, 2010

Milord A. Keshishian, Esq.  
MILORD & ASSOCIATES, P.C.  
**Attorneys for Plaintiff**  
2029 Century Park East, Suite 2100  
Los Angeles, CA 90067  
Telephone: (310) 226-7878  
Fax: (310) 226-7879  
E-Mail: milord@milordlaw.com

Otto Oswald Lee, Esq.  
INTELLECTUAL PROPERTY LAW GROUP LLP  
**Attorneys for Defendants**  
Old Bank of America Building  
12 South First Street, 12th floor  
San Jose, CA 95113  
Telephone: (408) 286-8933  
Fax: (408) 286-8932  
E-Mail: olee@iplg.com

August 3, 2010

So Ordered: _____  
United States Magistrate Judge

-2-

STIPULATION – EXTENSION TO RESPOND TO COUNTERCLAIM - Case No. CV 09-04106 MEJ