Milord A. Keshishian, SBN 197835
milord@milordlaw.com
John Jahrmarkt, SBN 175569
john@milordlaw.com
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Suite 2100
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879
Attorneys for Plaintiff
EL CENTRO FOODS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation, | Case No.: CV 09-04106 MEJ |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS AND [PROPOSED] ORDER THEREON** |
| vs. | |
| FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10, | |
| Defendants. | |
| RAYMOND KLEIN, an individual, and VICTOR REREZ, an individual | |
| Counter Claimants | |
| vs. | |
| EL CENTRO FOODS, INC., a California Corporation, | |
| Counter Defendant. | |

-1-

SECOND STIPULATION – EXTENSION TO RESPOND TO COUNTERCLAIM –
Case No. **CV 09-04106 MEJ** _____

1  WHEREAS Defendants Victor Perez, and Raymond Klein filed a counterclaim alleging trademark infringement and seventeen other causes of action against Plaintiff El Centro Foods, Inc. on July 8, 2010; and

WHEREAS Defendants Victor Perez, and Raymond Klein request the Court to extend the date by which Plaintiff El Centro Foods, Inc. must respond to the counterclaim to enable the parties to explore the opportunity for an early settlement of this case; and

WHEREAS the parties continue to engage in good faith efforts to reach an amicable resolution of this dispute and in the interest of expeditiously resolving their disputes and not to unnecessarily cause delay with the Court;

THEREFORE Victor Perez, Raymond Klein, and El Centro Foods, Inc., by and through their respective attorneys, hereby stipulate, subject to the approval of the Court, to extend the date by which Plaintiff El Centro Foods, Inc. must respond to the counterclaim to September 2, 2010.

Dated: August 13, 2010

Milord A. Keshishian, Esq.
MILORD & ASSOCIATES, P.C.
**Attorneys for Plaintiff**
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 226-7878
Fax: (310) 226-7879
E-Mail: milord@milordlaw.com

Otto Oswald Lee, Esq.
John V. Mejia, Esq.
INTELLECTUAL PROPERTY LAW GROUP LLP
**Attorneys for Defendants**
Old Bank of America Building
12 South First Street, 12th floor
San Jose, CA 95113
Telephone: (408) 286-8933
Fax: (408) 286-8932
E-Mail: olee@iplg.com

Dated: August 17, 2010

So Ordered:



Judge Maria-Elena James
United States Magistrate Judge

-2-
SECOND STIPULATION - EXTENSION TO RESPOND TO COUNTERCLAIM –
Case No. CV 09-04106 MEJ