# UNITED STATES  DISTRICT COURT

## Northern District of California

| | |
|---|---|
| EL CENTRO FOODS, | No. C 09-04106 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| FOOD ALL THE TIME, et al., | |
| Defendants. | |
| _____/ | |

The Court hereby ORDERS the parties in this case to file a joint status report by November 17, 2010.

**IT IS SO ORDERED.**

Dated: October 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California