# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| EL CENTRO FOODS, | No. C 09-04106 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| FOOD ALL THE TIME, et al., | |
| Defendants. | |
| _____/ | |

On November 17, 2010, the parties file a joint status report in which they stated that they were drafting settlement documents and requested a deadline from the Court until December 31, 2010 to finalize the same. Dkt. No. 37. As nothing further has been filed, the Court ORDERS the parties to file a dismissal or joint status report by March 28, 2011.

**IT IS SO ORDERED.**

Dated: March 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**