Milord A. Keshishian, SBN 197835
milord@milordlaw.com
John Jahrmarkt, SBN 175569
john@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879
Attorneys for Plaintiff
EL CENTRO FOODS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10,<br><br>Defendants. | Case No.: CV 09-04106 MEJ<br><br>**JOINT STATUS REPORT** |

Plaintiff El Centro Foods, Inc. and Defendants Food All the Time, Inc., Victor Perez, and Raymond Klein (collectively "the Parties") hereby submit a status report regarding the status of settlement negotiations in this case.

The Parties continue to engage in good faith discussions to resolve this matter in the interest of expeditiously resolving their disputes, and not to unnecessarily cause delay

with the Court.

The Parties are drafting settlement documents and request a deadline from the Court until June 16, 2011 to finalize the same.

Respectfully submitted,

Dated: March 25, 2011

/s/ Milord A. Keshishian
Milord A. Keshishian, Esq.
MILORD & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
*El Centro Foods, Inc.*

Otto Lee, Esq.
INTELLECUTAL PROPERTY LAW GROUP, LLP
*Attorneys for Defendants*
*Food All the Time, Inc., Victor Perez, and Raymond Klein*

The parties shall file a dismissal or joint status report by June 16, 2011.

Dated: April 6, 2011



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA