UNITED STATES DISTRICT COURT

Northern District of California

EL CENTRO FOODS,                        No. C 09-04106 MEJ

           Plaintiff,                      **ORDER RE: STATUS**

   v.

FOOD ALL THE TIME, et al.,

           Defendants.

_____/

On September 16, 2011, the parties file a joint status report in which they stated that they are drafting settlement documents and requested a deadline from the Court until December 16, 2011 to finalize the same. Dkt. No. 43. The Court GRANTS the parties' request and ORDERS them to file a dismissal or joint status report by December 16, 2011.

**IT IS SO ORDERED.**

Dated: September 21, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge