Milord A. Keshishian, SBN 197835
milord@milordlaw.com
John Jahrmarkt, SBN 175569
john@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879
Attorneys for Plaintiff
EL CENTRO FOODS, INC.



GRANTED

Judge Maria-Elena James

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10,<br><br>Defendants. | **Case No.: CV 09-04106 MEJ**<br><br>**JOINT STATUS REPORT** |

    Plaintiff El Centro Foods, Inc. and Defendants Food All the Time, Inc., Victor Perez, and Raymond Klein (collectively "the Parties") hereby submit a status report regarding the status of settlement negotiations in this case.

    The Parties continue to engage in good faith discussions to resolve this matter in the interest of expeditiously resolving their disputes, and not to unnecessarily cause delay

with the Court.

The Parties are reviewing settlement documents and request a deadline from the Court until October 16, 2012 to finalize the same.

Respectfully submitted,

Dated: July 17, 2012

| /s/ Milord A. Keshishian | /s/ Otto Lee |
|---|---|
| Milord A. Keshishian, Esq. | Otto Lee, Esq. |
| MILORD & ASSOCIATES, P.C. | INTELLECUTAL PROPERTY LAW GROUP, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *El Centro Foods, Inc.* | *Food All the Time, Inc., Victor Perez, and Raymond Klein* |