Milord A. Keshishian, SBN 197835
milord@milordlaw.com
John Jahrmarkt, SBN 175569
john@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879
Attorneys for Plaintiff
EL CENTRO FOODS, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10,<br><br>Defendants. | **Case No.: CV 09-04106 MEJ**<br><br>**JOINT STATUS REPORT** |

   Plaintiff El Centro Foods, Inc. and Defendants Food All the Time, Inc., Victor Perez, and Raymond Klein (collectively "the Parties") hereby submit a status report regarding the status of settlement negotiations in this case.

   The Parties continue to engage in good faith discussions to resolve this matter in the interest of expeditiously resolving their disputes, and not to unnecessarily cause delay

1  with the Court.
2      The Parties are reviewing settlement documents and request a deadline from the
3  Court until October 17, 2013 to finalize the same.

Dated: July 17, 2013
Request GRANTED. Parties shall file another status report by 10/17/2013.

**GRANTED**
Judge Maria-Elena James

Respectfully submitted,

Dated:  July 17, 2013

/s/ Milord A. Keshishian                    /s/ Otto Lee
Milord A. Keshishian, Esq.                  Otto Lee, Esq.
MILORD & ASSOCIATES, P.C.                   INTELLECUTAL PROPERTY LAW GROUP, LLP
*Attorneys for Plaintiff*                   *Attorneys for Defendants*
*El Centro Foods, Inc.*                     *Food All the Time, Inc., Victor Perez, and*
                                            *Raymond Klein*


### Attestation Pursuant to L.R. 5-1

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 17, 2013                       /s/ Milord A. Keshishian
                                            Milord A. Keshishian