UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FOOD ALL THE TIME, INC., et al.,<br><br>    Defendants. | Case No. 09-cv-04106-MEJ<br><br>**ORDER RE STATUS REPORT**<br><br>Re: Dkt. No. 60 |

On October 21, 2013, the Court issued an Order granting the parties' request for a deadline of April 17, 2014 to complete settlement discussions. Dkt. No. 60. To keep the Court apprised of the progress of this matter, the Court **ORDERS** that the parties file a joint status report no later than January 23, 2014, indicating whether the parties have completed or are continuing settlement discussions.

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge