**IT IS SO ORDERED**
Judge Maria-Elena James

Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879
Attorneys for Plaintiff
EL CENTRO FOODS, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10,<br><br>Defendants. | **Case No.: CV 09-04106 MEJ**<br><br>**NOTICE OF SETTLEMENT** |

```
The parties shall file a stipulation for dismissal or joint status
report by May 26, 2014.



 Dated: May 12, 2014
```

TO THE COURT AND TO THE CLERK OF THE COURT:

NOTICE IS HEREBY GIVEN that Plaintiff El Centro Foods, Inc. and Defendants Food All the Time, Inc., Victor Perez, and Raymond Klein (collectively "the Parties") have reached a settlement of the above-captioned action. The Parties are circulating the written settlement agreement and expect it to be fully executed within the next 1 to 2 weeks. The Parties will request dismissal thereafter.

In light of the settlement, the Parties respectfully request 30 days in which to file the stipulation for dismissal.

Respectfully submitted,

Dated: April 25, 2014

| /s/ Milord A. Keshishian | /s/ Otto Lee |
|---|---|
| Milord A. Keshishian, Esq. | Otto Lee, Esq. |
| MILORD & ASSOCIATES, P.C. | INTELLECUTAL PROPERTY LAW GROUP, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *El Centro Foods, Inc.* | *Food All the Time, Inc., Victor Perez, and Raymond Klein* |

### Attestation Pursuant to L.R. 5-1

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 25, 2014         /s/ Milord A. Keshishian
                              Milord A. Keshishian