UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOOD ALL THE TIME, INC., et al.,<br><br>　　　　Defendants. | Case No.　09-cv-04106-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 16(b) and Civil L. R. 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena Jameson August 7, 2014 at 10:00 A.M. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.  The parties shall file a joint case management conference statement by July 31, 2014.

**IT IS SO ORDERED.**

Dated: July 7, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge