UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., <br><br>      Plaintiff, <br><br>   v. <br><br> FOOD ALL THE TIME, INC., et al., <br><br>      Defendants. | Case No.  09-cv-04106-MEJ <br><br> **ORDER GRANTING REQUEST TO REOPEN CASE** |

Pending before the Court is Plaintiff's Request to Restore Case to Active Calendar. Dkt. No. 72. The request is GRANTED. Pursuant to Federal Rule of Civil Procedure 16(b) and Civil L. R. 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on November 6, 2014 at 10:00 A.M. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead</u> trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally. The parties shall file a joint case management conference statement by October 30, 2014.

**IT IS SO ORDERED.**

Dated: October 9, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge