Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel (310) 226-7878
Fax (310) 226-7879
Attorneys for Plaintiff
EL CENTRO FOODS, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CENTRO FOODS, INC., a California Corporation, | Case No.: CV 09-04106 MEJ |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| vs. | |
| FOOD ALL THE TIME, INC., dba Mr. Pizza Man, VICTOR M. PEREZ, an individual, RAYMOND KLEIN, an individual and DOES 1-10, | |
| Defendants. | |

**STIPULATION TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE – Case No. CV 09-04106 MEJ**

1  WHEREAS, El Centro Foods, Inc., Food All The Time, Inc. dba Mr. Pizza Man, Victor Perez, and Raymond Klein (collectively "parties") executed a settlement agreement, but consideration for the settlement was not timely received and was returned for insufficient funds.

WHEREAS, the Court granted Plaintiff's request to place the matter back on active calendar, ordered a Joint Case Management Statement to be filed by October 30, 2014, and calendared a Case Management Conference on November 6, 2014, at 10:00 a.m.

WHEREAS, the Court granted parties' request to extend the submission deadline for the Joint Case Management Statement to October 22, 2015, and continue the Case Management Conference to October 29, 2015, at 10:00 a.m.

WHEREAS, the parties continue to engage in good faith discussions to possibly resolve this matter and not to unnecessarily cause delay with the Court, the parties request the Court to extend the deadline to file the Joint Case Management Statement and to continue the Case Management Conference;

THEREFORE the parties, by and through their respective attorneys, hereby stipulate, subject to the approval of the Court, to extend the submission deadline for the Joint Case Management Statement to January 7, 2016, and continue the Case Management Conference to January 14, 2016 at 10:00 a.m.

Dated:  October 20, 2015

/s/ Milord A. Keshishian  
Milord A. Keshishian, Esq.  
MILORD & ASSOCIATES, P.C.  
***Attorneys for Plaintiff***  
***El Centro Foods, Inc.***

/s/ Otto Lee  
Otto Lee, Esq.  
INTELLECUTAL PROPERTY LAW GROUP, LLP  
***Attorneys for Defendants***  
***Food All the Time, Inc., Victor Perez, and Raymond Klein***

MILORD & ASSOCIATES, PC  
2049 Century Park East, Suite 3850  
Los Angeles, CA 90067  
(310) 226-7878

**STIPULATION TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE – Case No. CV 09-04106 MEJ**

**Attestation Pursuant to L.R. 5-1**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 20, 2015           /s/ Milord A. Keshishian
                                  Milord A. Keshishian

Dated: October 22, 2015

So Ordered: _____
            United States Magistrate Judge

**STIPULATION TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE – Case No. CV 09-04106 MEJ**